<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

D. Bruce Townsend,                                    :
                    Appellant                 :
                                :
          v.                                     :         No. 1361 C.D. 2022
                                :
Northampton Township                          :

**PER CURIAM**                   **O R D E R**

NOW, February 27, 2024, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is DENIED.